**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| TABITHA MOSTELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 0:16-cv-00502-JFA |
| | ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, TABITHA MOSTELLER, ("Plaintiff"), through her attorney, Chauntel D. Bland,

Esquire, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: May 10, 2016

RESPECTFULLY SUBMITTED,

By: /s/ Chauntel D. Bland, Esquire
    Chauntel D. Bland, Esquire
    463 Regency Park Drive
    Columbia, SC 29210
    Tel: (803) 319-6262
    Fax: (866) 322-6815
    chauntel.bland@yahoo.com

**<u>CERTIFICATE OF SERVICE</u>**

On May 10, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Nick Moore, at NMoore@ncaks.com.