IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Tabitha Mosteller,<br><br>    Plaintiff,<br><br>vs.<br><br>National Credit Adjusters, LLC,<br><br>    Defendant. | C/A No. 0:16-cv-502-JFA<br><br>**ORDER** |

    The court, having been advised by counsel that the parties have settled, hereby orders that this action be dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

    The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

May 12, 2016                                       Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge