## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| TABITHA MOSTELLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 0:16-cv-00502-JFA |
| | ) |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, TABITHA MOSTELLER, ("Plaintiff"), through her attorney, Chauntel D. Bland, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NATIONAL CREDIT ADJUSTERS, LLC.

DATED: May 10, 2016

RESPECTFULLY SUBMITTED,

By: /s/ Chauntel D. Bland, Esquire
Chauntel D. Bland, Esquire
463 Regency Park Drive
Columbia, SC 29210
Tel: (803) 319-6262
Fax: (866) 322-6815
chauntel.bland@yahoo.com

## **CERTIFICATE OF SERVICE**

On May 24, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Nick Moore, at NMoore@ncaks.com.